UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>JAMES THOMAS BRAMLETTE )<br>A/K/A JT Bramlette; )<br>ANTHONY MARK HARTMAN )<br>TRAVIS KOZLOWSKI, )<br>)<br>Defendants ) | C/A No.: 2:19-cr-00347-RMG<br><br>**JOINT MOTION FOR CONTINUANCE** |

**JOINT MOTION FOR CONTINUANCE**

Bill Nettles, on behalf of Defendant Anthony Hartman and Rhett DeHart on behalf of the United States Government, respectfully request this Court continue the change of plea hearing scheduled for July 26, 2021 until the next term of court. This joint motion comes as the parties are actively engaged in plea negotiations and both parties feel the ends of justice would be served by continuing the change of plea hearing to the next term of court.

Respectfully,

*/s/ William (Bill) Nettles*
William (Bill) Nettles
Federal No.: 6586
Law Offices of Bill Nettles
2008 Lincoln Street
Columbia, SC 29201
Telephone: (803) 814-2826
Email: bill@billnettleslaw.com

Attorney for Defendant

July 26, 2021
Columbia, South Carolina