IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: <u>2:19-cr-347-RMG</u> |
| | : | |
| v. | : | |
| | : | |
| **ANTHONY MARK HARTMAN** | : | <u>MOTION FOR CONTINUANCE</u> |
| _____ | : | |

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully moves this Court for an Order continuing this case until the next term of court. The continuance is justified because the defendant is being considered for participation in the Pretrial Diversion Program, and the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. If the defendant successfully completes the Program, he will avoid the burden of a conviction, and the public will avoid the costs associated with a prosecution of this matter.

Charleston, South Carolina

November 4, 2021

ON MOTION OF:

M. RHETT DEHART
ACTING UNITED STATES ATTORNEY


BY:     *s/Rhett Dehart*
        Rhett Dehart (#07777)
        Acting Assistant United States Attorney
        151 Meeting Street, Suite 200
        Charleston, South Carolina 29402
        (843) 727-4381